UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SINCERE SMITH,

                        Plaintiff,                  **SCHEDULING ORDER**

       -against-                              21-cv-2712 (NSR) (AEK)

C.O. J. CORDERO; C.O. A. UDAYAN;
C.O. R. ROBINSON; C.O. M. DAVIS;
C.O. E. JARVIS; C.H.O. ATAIZA;
A. RODRIGUEZ; and ANTHONY J. ANNUCCI,

                        Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Upon the application of counsel for Defendants (ECF No. 43), the telephonic status conference before Magistrate Judge Krause scheduled for July 21, 2022 is hereby rescheduled to **Tuesday, August 9, 2022, at 11:00 a.m.**

      To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest. Should Plaintiff or counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

      **Counsel for Defendants must make arrangements with the appropriate correctional facility to have Plaintiff available via telephone.**

      The Clerk of the Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff, and to terminate the letter motion at ECF No. 43.

Dated: June 27, 2022
         White Plains, New York                    **SO ORDERED.**

                                                    _____
                                                   ANDREW E. KRAUSE
                                                   United States Magistrate Judge