UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SINCERE SMITH,

                           Plaintiff,                        **ORDER**

       -against-                                  21-cv-2712 (NSR) (AEK)

C.O. J. CORDERO; C.O. A. UDAYAN;
C.O. R. ROBINSON; C.O. M. DAVIS;
C.O. E. JARVIS; C.H.O. ATAIZA;
A. RODRIGUEZ; and ANTHONY J. ANNUCCI,

                           Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

On October 25, 2022, the Court conducted a telephonic status conference in this matter during which the following deadlines were set:

1. By October 28, 2022, Plaintiff is to serve Defendants with completed authorizations and interrogatory responses.

2. By November 4, 2022, Defendants are to serve Plaintiff with Officer Jarvis's signed interrogatory responses.

3. By November 8, 2022, Defendants are to submit a letter to the Court providing an update on Defendants' search for the recording of Plaintiff's disciplinary hearing.

4. The overall discovery deadline has been extended to November 23, 2022.

**A telephonic status conference has been scheduled in this matter for November 18, 2022 at 9:30 a.m.  Counsel for Defendants must make arrangements with the appropriate correctional facility to have the Plaintiff available via telephone.**

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: October 25, 2022
       White Plains, New York                  SO ORDERED.

                                                            _____
                                                             ANDREW E. KRAUSE
                                                             United States Magistrate Judge