# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

SINCERE SMITH,

                Plaintiff,                  21 **CIVIL** 2712 (NSR)

   -against-                          **JUDGMENT**

CORDERO, et al.,

                Defendants.

---------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 28, 2024, Defendants' Motion for summary judgment is GRANTED and all of Plaintiff's federal claims are dismissed with prejudice. Plaintiff's state law claim for intentional infliction of emotional distress is dismissed without prejudice to refile in state court; accordingly, the case is closed.

**Dated:**  New York, New York
         May 29, 2024

                                                           **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                               **BY:**

                                                             **Deputy Clerk**